# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1320
Lower Tribunal Nos. 2001-CF-010157, 2002-CF-001118, and 2002-CF-003804

_____

OSCAR W. THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Barbara J. Leach, Judge.

June 9, 2026

PER CURIAM.

AFFIRMED.

WHITE, MIZE and BROWNLEE, JJ., concur.


Oscar W. Thomas, Orlando, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED